IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL ALLEN THOMAS, )
)
    Petitioner, )
) Civil Action No. 08-81 Erie
v. )
)
RAYMOND SOBINA, et al., )
)
    Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on March 24, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 8], filed on May 2, 2008, recommended that the petition for writ of habeas corpus be transferred to the United States District Court for the Middle District of Pennsylvania. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 20th day of May, 2008;

IT IS HEREBY ORDERED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] be transferred to the United States District Court for the Middle District of Pennsylvania.

The Report and Recommendation [Doc. No. 8] of Magistrate Judge Baxter, filed on May 2, 2008, is adopted as the opinion of the Court.

                                        s/  Sean J. McLaughlin
                                            United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge